IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.14-CV-24431-JAL

JOSHUA CARROLL,

    Plaintiff, on behalf of a Putative Class,

CLASS ACTION

v.

FANDUEL, INC.,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, JOSHUA CARROLL, pursuant to Rule 41(a)(1)(A)(i), hereby files this Notice of Voluntary Dismissal Without Prejudice of the above-styled action.

Dated: February 27, 2015

Respectfully submitted,

*s/Edward H. Zebersky, Esq.*
Edward H. Zebersky, Esq. (FBN: 908370)
Todd S. Payne, Esq. (FBN: 834520)
ZEBERSKY PAYNE, LLP
110 S.E. 6th Street, Suite 2150
Ft. Lauderdale, FL  33301
Telephone:  (954) 989-6333
Facsimile:  (954) 989-7781
Email: *ezebersky@zpllp.com*

and

Philip A. Gold, Esq. (FBN: 32550)
GOLD & GOLD, P.A.
2121 Ponce de Leon Blvd., Suite 740
Coral Gables, FL  33134
Telephone:  (305) 567-2525
Facsimile:  (305) 567-2575
Email: *pgold@goldlawpa.com*

***Attorneys for Plaintiff***

[1435599/1]